UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLAUDIA SPOERER,**

      **Plaintiff,**

v.                                                                                                                               Case No:  6:19-cv-1216-Orl-41GJK

**KROGER SPECIALTY PHARMACY, LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion for Sanctions ("Motion," Doc. 49). Plaintiff filed a Response in Opposition (Doc. 50). United States Magistrate Judge Thomas B. Smith held a hearing on the Motion, (Mar. 18, 2020 Min. Entry, Doc. 53), and issued a Report and Recommendation (Doc. 58) in which he recommends that the Motion be denied. (*Id.* at 5).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 58) is **ADOPTED** and **CONFIRMED** and is made a part of this Order.

2. Defendant's Motion for Sanctions (Doc. 49) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record